UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20452-CIV SEITZ/SIMONTON

**GLEINNYS SAAVEDRA, an individual
as parent and legal guardian of minor,
D.P.,**

    **Plaintiff,**

v.

**BASS PRO OUTDOOR WORLD, LLC,**

    **Defendant.**
_____/

## ORDER APPOINTING GUARDIAN AD LITEM

Presently pending before the Court is Plaintiff's Motion to Approve Minor's Settlement (DE # 43). The Honorable Patricia A. Seitz, United States District Judge, has referred this Motion to the undersigned United States Magistrate Judge for resolution (DE ## 44, 48). On February 8, 2012, the undersigned held a telephonic hearing on Plaintiff's Motion, at which Plaintiff's counsel and defense counsel appeared (DE # 49). The undersigned heard from the parties regarding the procedures necessary to obtain the Court's approval of the settlement of this case, which involves a minor. Specifically, the parties agreed that Florida procedures in such cases require the appointment of a guardian ad litem, and the parties agreed for the Court to appoint Michael A. Mullen to serve in this role for the minor Plaintiff in order to review the settlement in this case. Noting that Mr. Mullen has agreed to accept the appointment, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Michael A. Mullen, Esq. of Gaebe, Mullen, Antonelli & DiMatteo, 420 S. Dixie Highway, Third Floor, Coral Gables, Florida 33146, is hereby appointed Guardian Ad Litem, to review the settlement and attorney's fees and costs on behalf of minor Plaintiff D.P., in this case brought by his parent and natural guardian, Plaintiff Gleinnys Saavedra.

2. Pursuant to Fla. Stat. § 744.3025(b), "The court shall appoint a guardian ad litem to represent the minor's interest before approving a settlement of the minor's claim in any case in which the gross settlement involving a minor equals or exceeds $50,000." The provision also prescribes, "The duty of the guardian ad litem is to protect the minor's interests as described in the Florida Probate Rules."

3. Observing the requirements of Florida Probate Rule 5.636(f), the Guardian Ad Litem shall file and serve a report indicating the Guardian Ad Litem's determination whether the proposed settlement will be in the best interests of the minor. The report shall include:

> (1) a statement of the facts of the minor's claim and the terms of the proposed settlement, including any benefits to any persons or parties with related claims;
>
> (2) a list of the persons interviewed and documents reviewed by the guardian ad litem in evaluating the minor's claim and proposed settlement; and
>
> (3) the guardian ad litem's analysis of whether the proposed settlement will be in the best interest of the minor.

4. A copy of the report shall be served on counsel for the parties and Plaintiff Gleinnys Saavedra, the parent and legal guardian of minor D.P.[1]

**DONE AND ORDERED** in Miami, Florida, this 10th day of February, 2012.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

---

[1] Rule 5.636(f) of the Florida Probate Rules provides that a copy of this report shall be served on those persons on whom service is required by subdivision (c). Subdivision (c) provides that service shall be made, *inter alia,* "to the minor if age 14 or older." According to the record in this case, minor D.P. is age 9 (DE # 43), and therefore, service on the minor is not required.

**Copies furnished via CM/ECF to:**
**The Honorable Patricia A. Seitz,**
      **United States District Judge**
**All counsel of record**